

**ORDERED in the Southern District of Florida on February 16, 2011.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ANDREW PARDO

                                      CASE NO. 10-48138-EPK
                                      CHAPTER 7

      Debtor(s).
_____/

**ORDER GRANTING MODIFICATION OF STAY**

      This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, U.S. BANK, N.A., successor be merger with DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., on January 27, 2011, Docket Entry No. 14. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c) and no party of interest has filed an objection

to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED AS FOLLOWS:

1. The Motion For Relief From Stay is granted.

2. The automatic stay is terminated to permit Movant, U.S. BANK, N.A., to prosecute a mortgage foreclosure action in state court against real property, the legal description of which is:

> **LOT 33 OF TRACT NO. 19393, IN THE CITY OF LOS ANGELES COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 527 PAGE(S) 46 AND 47 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**
>
> **EXCEPT, THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED OR GRANTED IN DOCUMENTS OF RECORD.**
>
> **a/k/a 1147 LAKE ST, VENICE, CA 90291**

; and

3. The Order Granting Modification of Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

4. If Debtor converts this case to another chapter then the relief granted herein will survive any such conversion and Debtor will not be allowed to include Movant in the Chapter 13 Plan.

###

This order is submitted by DOUGLAS C. ZAHM, P.A., 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, Telephone No. (727) 536-4911, Fax No. (727) 539-1094, dcz@dczahm.com, Carol A. Lawson, attorney for movant.

Douglas C. Zahm, P.A.,, attorney for movant is directed to serve copies of this order on the parties listed and file a certificate of service.

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

ANDREW PARDO
9101 OLD PINE RD
BOCA RATON, FL 33428

OMAR H VAZQUEZ
1147 LAKE STREET
VENICE, CA 90291

JOHN M CRUZ II, ESQUIRE
14750 NW 77th Court
Suite 320
MIAMI Lakes, FL 33016

MICHAEL R. BAKST
PMB 702
222 Lakeview Ave., Suite 160
West Palm Beach, FL 33401-6145

PALM BEACH DIVISION
U.S. BANKRUPTCY TRUSTEE
51 S.W. First Avenue - 14th Floor
Miami, FL 33130